U. B. WILKINSON, plaintiff in error, *vs.* DANIEL SMITH, defendant in error.

1. When there is sufficient evidence to support the verdict, this court will not control the discretion of the presiding judge in overruling a motion for a new trial on the ground that the verdict is against the weight of the evidence.

2. A new trial will not be granted on the ground of newly discovered testimony, where such testimony is that of the movant's sons, and could have been known and used on the trial if diligence had been used, especially when it is in the main merely cumulative and tending to impeach other witnesses.

JACKSON, Judge.

ALBERT G. FOSTER, administrator, plaintiff in error, *vs.* EDMOND REID, defendant in error.

57b 609
101 479

57 609
Case 2
121 771

57 609
Case 2
128 530

Where the plaintiff in a judgment more than seven years old has had it revived by *scire facias*, as having become dormant, it is a lien on the defendant's property from the date of revival only; and so long as the judgment of revival is unreversed, the same having been rendered by the court having jurisdiction, the fact that the original judgment was dormant, whether true or false, is *res adjudicata*, and is not open to question on a motion to distribute money arising from the sale of the defendant's property : *9 Georgia Reports, 117 ; 10 Ibid., 371 ; 13 Ibid., 223.*

BLECKLEY, Judge.